# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES DURST,<br>          Plaintiff,<br>     v.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br>          Defendant. | ) **Case No.: 1:11-cv-3103-JBS**<br>)<br>)<br>)<br>) **(Unlawful Debt Collection**<br>) **Practices)**<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.

/S/ Amy L. Bennecoff
 Amy L. Bennecoff
 Attorney ID # AB 0891
 Kimmel & Silverman, P.C
 1930 E. Marlton Pike, Suite Q29
 Cherry Hill, New Jersey 08003
 Phone: (856)429-8334
 Facsimile (856) 216-7344
 Email: abennecoff@creditlaw.com